# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33 - Briefing**

April 22, 2024

*By the Court*:

| | |
|---|---|
| No. 24-1623 | JAMES C. HULCE, on behalf of himself and all others similarly situated,<br><br>     Plaintiff - Appellant<br><br>v.<br><br>ZIPONGO INC.,<br>     Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:23-cv-00159-LA<br>Eastern District of Wisconsin<br>District Judge Lynn Adelman | |

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The brief and required short appendix of the appellant are due by July 1, 2024.

2. The brief of the appellee is due by July 31, 2024.

3. The reply brief of the appellant, if any, is due by August 21, 2024.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**    (form ID: **193**)