# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JAMES HULCE, on behalf of himself and all others similarly situated, | : : : : | Case No. 24-1623 |
| | : : | On Appeal from the U.S. District Court for the Eastern District of Wisconsin |
| Plaintiff-Appellant, | : : | |
| v. | : : | Case No. 2:23-cv-00159-LA |
| ZIPONGO INC., | : : : | |
| Defendant-Appellee. | : | |

### PLAINTIFF-APPELLANT JAMES HULCE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

Appellant James Hulce, pursuant to Local Rule 26 and accompanied by affidavit, and by and through undersigned counsel, respectfully requests that the Court grant an extension of 14 days, through and including July 15, 2024, for the filing of Appellant's opening brief and appendix. Appellant warrants that this extension of time is requested in good faith and not for any improper purpose or delay and Appellee has no opposition to the requested extension. (Affidavit of Brian Murphy, attached hereto as Exhibit 1, ¶ 4.)

The grounds for the requested extension of time are as follows:

1.  Counsel of Record Brian K. Murphy and associated counsel Jonathan P. Misny of Murray Murphy Moul + Basil LLP have pre-existing proceedings and

1

deadlines in other litigation that prevent them from meeting the current deadline of July 1, 2024 for Appellant's opening brief and appendix. These deadlines include:

    a.    Preliminary Injunction Hearing in *Ohio House Republican Alliance, et al. v. Jason Stephens, et al.*, No. 23 CV 7202 (Franklin County, Ohio Court of Common Pleas), to be held on June 21, 2024; and

    b.    Motion for Final Approval of Class Settlement in *Williams v. Choice Health*, No. 1:23-cv-00292 (M.D. Ala.), due June 24, 2024 for a final fairness hearing that is scheduled for July 9, 2024.

(Murphy Aff. ¶ 5.)

    2.    Based on counsel's best judgment, the above hearing dates and deadlines cannot or should not be deferred. The *Ohio House Republican Alliance* matter involves a preliminary injunction that will resolve control over the legislative campaign fund for the Ohio Republican caucus which cannot be delayed due to the limited time left before the next elections and the urgent need for a resolution of who should oversee the campaign funding and expenditures for the Republican party for those elections. The *Williams* matter involves a briefing and hearing schedule for a class settlement that was set before this appeal was filed,

and due to the fact that notice was previously sent to approximately 276,177 class members, those deadlines cannot reasonably be moved by the court. (*Id.* ¶ 6.)

3. Although there are other associated counsel in the above-captioned cases who may be able to assist, they cannot sufficiently relieve Appellant's counsel and its support staff of the workload so as to allow adequate time to prepare Appellant's opening brief and appendix in this matter by the current deadline of July 1, 2024. (*Id.* ¶ 7.)

4. Brian K. Murphy and Jonathan P. Misny are the only counsel representing Appellant in this matter who are admitted in the Seventh Circuit and available to prepare the brief. No other counsel who is familiar with the appellate issues in this matter and admitted in the Seventh Circuit is available to prepare Appellant's opening brief and appendix for filing. (*Id.* ¶ 8.)

5. The requested additional time will ensure that Appellant's position is properly researched and clearly presented to the Court. (*Id.* ¶ 9.)

6. Counsel for Appellant has conferred with counsel for Appellee, who does not oppose this motion. (*Id.* ¶ 4.) No other extensions of time have been requested during the pendency of this appeal. (*Id.*)

Accordingly, there is good cause for the requested extension.

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (Counsel of Record)
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
misny@mmmb.com

*Counsel for Plaintiff-Appellant*

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**/s/ Brian K. Murphy**
Brian K. Murphy