# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 15, 2025

**Before**

DIANE S. SYKES, *Chief Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 24-1623 | |
| JAMES C. HULCE, on behalf of himself and all others similarly situated, <br> *Plaintiff-Appellant*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 2:23-cv-00159-LA |
| ZIPONGO INC., <br> *Defendant-Appellee*. | Lynn Adelman, <br> *Judge*. |

**O R D E R**

On consideration of the petition for rehearing and petition for rehearing en banc, no judge in regular active service has requested a vote on the petition for rehearing en banc and the judges on the original panel voted to deny rehearing. It is, therefore, **ORDERED** that the petition for rehearing and petition for rehearing en banc and is **DENIED**.